Certificate Number: 15317-ID-DE-031260379

Bankruptcy Case Number: 18-40492



15317-ID-DE-031260379

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 1, 2018, at 11:28 o'clock AM PDT, Matthew J Esquivel completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Idaho.

Date:   July 1, 2018

By:   /s/Janice Morla

Name:   Janice Morla

Title:   Counselor