UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Matthew J. Esquivel | CASE NO. 18-40743-JMM |
| Debtor | |

ORDER CONFIRMING CHAPTER 13 PLAN

IT HAVING BEEN DETERMINED AFTER NOTICE AND HEARING THAT:

1. The Chapter 13 Plan, Docket No. 70, complies with the provisions 11 U.S.C. § 1325.

2. Since the filing of this bankruptcy case Debtor has paid all amounts that first became due and payable after the filing of this bankruptcy which they were required to pay under a domestic support obligation as defined in 11 U.S.C. § 101(14A) required by a judicial or administrative order or by statute.

3. **The Trustee and the Debtor have also agreed to the following modifications**:

    a. Although some of Debtor's expenses exceed the IRS allowances, he is currently meeting his disposable income requirement. Debtor has been advised that if he moves during the term of the plan that his monthly expenses should not exceed the IRS allowances for a household of two in Twin Falls County. Debtor acknowledges that Trustee's failure to object to certain line item expenses shall not preclude Trustee from objecting to these expenses at a later time if Debtor moves to modify the plan in the future.

    b. Debtor has provided through paragraph 2.4 of his plan for turnover of 75% of his net bonuses which he expects to receive every April. To monitor the Debtor's bonus income, Debtor will turnover a copy of his bonus paystub along with a copy of his final paystub of the prior year to the Trustee's office no later than May 15th every year during the term of the plan.

**Now, therefore, the Court having reviewed the modifications described in subparagraphs 3. a. and 3. b. that have been made by the Trustee and approved by the Debtor and his counsel, and good cause appearing.**

IT IS HEREBY ORDERED THAT:

The Chapter 13 Plan is confirmed and related motions are granted, incorporating the modifications described herein.



DATED:  March 7, 2019

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

The Court has altered the position of certain paragraphs in the proposed order submitted by the parties and has added the language contained in **bold** font above, but the agreement of the parties contained in the submitted proposed approved order has not been altered.  That full agreement is contained in the language that is not in bold font. Thus this Court concludes that the plan can be confirmed as this order as modified by the Court does not alter the terms of the agreements reached between the Debtor and the Trustee.


/s/_____
Kathleen McCallister, Trustee

/s/_____
Alexandra O Caval, Counsel for the Debtor

/s/_____
Matthew J. Esquivel, Debtor